# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ORIGINAL

RECEIVED MAR 14 2022 PRO SE OFFICE

| | |
|---|---|
| Dianna Lysius <br><br> *Plaintiff(s)* <br> v. <br> NYC Law Dept. et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 21-cv-7001(DG)(LB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pro Se Plaintiff
Dianna Lysius
1280 Corton Loop
Apt. 13B
Brooklyn, NY 11236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
CLERK OF COURT

*Giselle Almonte*
*Signature of Clerk or Deputy Clerk*

Date: 03/08/2022

Civil Action No. 21-cv-7001(DG)(LB)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                    *Server's signature*

                              _____
                                    *Printed name and title*

                              _____
                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Dianna Lysius <br> *Plaintiff(s)* <br> v. <br> NYC Law Dept. et al <br> *Defendant(s)* | **RIDER TO SUMMONS IN A CIVIL ACTION** <br><br> Civil Action No. 21-cv-7001(DG)(LB) |

1. NYC Law Dept
   100 Church Street
   New York, NY 10007

2. Philippe Knabb, Staff Attorney
   401 2nd Ave S, Suite 407
   Seattle, WA 98104

3. Holly Ondaan
   143-19 Rockaway Blvd
   Jamaica Queens, NY 11436

4. Carmelyn P. Malalis, Commissioner
   22 Reade Street
   New York, NY 10007

5. Zoey Chenitz, Corporate Counsel
   22 Reade Street
   New York, NY 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────── x

Dianna Lysius

Plaintiff,                    Affirmation of Service

-against-

NYC Law Dept., Philippe Knab, 21 cv 702 ( )
Kelly Croghan, Carmelyn P. Malalis,
Zoey Chenitz.
                    Defendant.
─────────────────────────── x

I, __Jeff Lysius__, declare under penalty of perjury that I have

served a copy of the attached __Summons & Complaint__

upon __Zoey Chenitz__

whose address is: __22 Reade Street NY NY 10007__

Dated: 3/11/22
_____, New York

_____
Signature

181 Lenox Rd B4
Address

Bklyn NY 11226
City, State, Zip Code

Sworn to before me this 11th
day of March, 2022

_____
Registration # 01PH6303440
Expires 4/6/25

**Affirmation of Service (USDC-EDNY) - January 2003**

Civil Action No. 21-cv-7001(DG)(LB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Joey Chenitz__

was received by me on *(date)* __3/8/22__ .

☑ I personally ~~served~~ mailed priority the summons on the individual at *(place)* __22 Reade Street NY NY 10007__ on *(date)* __3/8/22__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/11/22__

_Jeff Lysius_
Server's signature

Jeff Lysius
Printed name and title

181 Renof Rd Brkny NY
Server's address

Additional information regarding attempted service, etc:

Sworn to before me this 11th
day of March, 2022
Faye Phillipe
Registration # 01PH6203440
Expires 4/6/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
――――――――――――――――― x

Diana Lysius

                        Plaintiff,              Affirmation of Service

    -against-
NYC Law Dept, Philippe Knab,       21 cv 7001 ( )
Holly Ordaan, Carmelyn P. Malalis,
Joey Chenitz
                        Defendant.
――――――――――――――――― x

I, __Jeff Lysius__, declare under penalty of perjury that I have
served a copy of the attached __Summons & Complaint__
upon __Carmelyn P. Malalis__
whose address is: __22 Reade Street New York, NY 10007__

Dated: 3/11/22
       , New York

                                    _____
                                    Signature

                                    181 Lenox Rd #4
                                    Address

                                    Bklyn NY 11226
                                    City, State, Zip Code

Sworn to before me this 11th
day of March, 2022

_____
Registration # 01PH6203440
Expires 4/6/2025

Affirmation of Service (USDC-EDNY) - January 2003

Civil Action No. 21-cv-7001(DG)(LB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Carmelyn P. Malalis**

was received by me on *(date)* **3/8/22**.

☑ I personally ~~served~~ mailed Priority the summons on the individual at *(place)* **22 Reade Street NY NY 10007** on *(date)* **3/8/22**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **3/11/22**

*Server's signature*

**Jeff Lysius**
*Printed name and title*

**185 Henry Rd A4 Bklyn NY 11220**
*Server's address*

Additional information regarding attempted service, etc:

Sworn to before me this 11th day of March, 2022

Faye Phyl — Registration 01PH6203440
Expires 4/6/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x

Diana Lysius

                        Plaintiff,                  Affirmation of Service

-against-

NYC Law Dept, Philippe Knab, 21 cv 7001 ( )
Holly Ordaar, Carmelyn P. Malalis,
Zoey Chenitz
                      Defendant.
------------------------------------------------ x

I, __Jeff Lysius__, declare under penalty of perjury that I have served a copy of the attached __Summons & complaint__ upon __NYC Law Department__ whose address is: __100 Church Street New York, NY 10007__

Dated: __3/11/22__, New York

__[signature]__
Signature

__181 Lenox Rd Apt A4__
Address

__Bklyn NY 11226__
City, State, Zip Code

Sworn to before me this 11th day of March, 2022

__[signature] Jaye Phyn__
Registration # 01PH6203440
Expires 4/6/2025

Affirmation of Service (USDC-EDNY) - January 2003

Civil Action No. 21-cv-7001(DG)(LB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NYC Law Dept.
was received by me on *(date)* 3/8/22 .

☐ I personally ~~served~~ mailed Priority/emailed the summons on the individual at *(place)* 100 Church Street NY NY 10007 on *(date)* 3/8/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Jeff Lasius
*Printed name and title*

181 Lenox Rd #4 Bklyn NY 11226
*Server's address*

Additional information regarding attempted service, etc:
Sworn to before me this 11th day of March, 2022
Faye Pyn
Registration # 01PH6203440
expires 4/6/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────── x

Dianna Rysews

Plaintiff,                              Affirmation of Service

-against-

NYC Law Dept, Philippe Knab,    21 cv 761 ( )
Holly Ordean, Carnelyn P. Natales
Zoey Chenits
                Defendant.
────────────────────────────── x

I, __Jeff Lysius__, declare under penalty of perjury that I have

served a copy of the attached __Summons & Complaint__

upon __Philippe Knab & G. Mackie on behalf of Philippe Knab__

whose address is: __401 2nd Avenue S., Suite 407__
__Seattle WA 98104__

Dated: __3/11/22__
                , New York

_____
Signature

__181 Henry Rd #4__
Address

__Bklyn NY 11256__
City, State, Zip Code

Sworn to before me this 11th
day of March, 2022
_____ expires 4/6/25
registration # 01PH6203440

**Affirmation of Service (USDC-EDNY) - January 2003**

Civil Action No. 21-cv-7001(DG)(LB)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Philippe Krab

was received by me on *(date)* 3/8/22

☑ I personally ~~served~~ mailed priority/emailed the summons on the individual at *(place)* G. Mackie 401 2nd Avenue S Suite 407 Seattle WA 98104 on *(date)* 3/8/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/11/22

*Server's signature*

Jeff Lysius
*Printed name and title*

181 Henry Rd Brooklyn NY 11201
*Server's address*

Additional information regarding attempted service, etc:

Sworn before me this 11th day of March, 2022
Jaye Phil[...]
Expires 4/6/25
Registration # 01PH6203440

```
            UNITED STATES
            POSTAL SERVICE.

             CANARSIE
        10201 FLATLANDS AVE
       BROOKLYN, NY 11236-9997
          (800)275-8777
                              05:00 PM
    03/08/2022
    ------------------------------------
                              Unit    Price
    Product           Qty    Price
    ------------------------------------
                                      $8.95
    Priority Mail® 1-Day 1
    Flat Rate Env
    ① New York, NY 10007    Zoey
       Flat Rate            Chenitz
       Expected Delivery Date
         Wed 03/09/2022
       Tracking #:
         9505 5141 9664 2067 4413 13   $0.00
       Insurance
         Up to $50.00 included         $8.95
    Total
                                       $8.95
    Priority Mail® 1-Day 1
    Flat Rate Env
    ② New York, NY 10007   Carnelyn P.
       Flat Rate            Malalis
       Expected Delivery Date
         Wed 03/09/2022
       Tracking #:
         9505 5141 9664 2067 4413 20   $0.00
       Insurance
         Up to $50.00 included         $8.95
    Total
                                       $8.95
    Priority Mail® 1-Day 1
    Flat Rate Env
    ③ New York, NY 10007   NYC Law Dept
       Flat Rate
       Expected Delivery Date
         Wed 03/09/2022
       Tracking #:
         9505 5141 9664 2067 4413 37   $0.00
       Insurance
         Up to $50.00 included         $8.95
    Total
                                       $8.95
    Priority Mail® 2-Day 1
    Flat Rate Env           Philippe
    ④ Seattle, WA 98104      Knab
       Flat Rate
       Expected Delivery Date
         Fri 03/11/2022
       Tracking #:
         9505 5141 9664 2067 4413 44   $0.00
```



Steven Roach <tharealaura@gmail.com>

# 21-CV-7001
1 message

**Steven Roach** <tharealaura@gmail.com>   Tue, Mar 8, 2022 at 4:34 PM
To: serviceecf@law.nyc.gov
Cc: CPLATTON@law.nyc.gov, gmackie@law.nyc.gov, NYCAPPEALS@law.nyc.gov, lysiusd@yahoo.com, JDAVIES@law.nyc.gov



PLEASE SEE ATTACHED A SUMMONS AND COMPLAINT IN THE ABOVE REFERENCE CIVIL ACTION 21-CV-7001.

2 attachments

- **SUMMONS IN CIVIL ACTION 21-CV-7001.pdf**
  820K
- **COMPLAINT 21-CV-7001.pdf**
  8684K



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

JONATHAN JAY PINN
Chief, Operations Division
100 Church Street
NY, NY 10007
jpinn@law.nyc.gov

## MEMORANDUM

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:
www.nyc.gov/law



Steven Roach <tharealaura@gmail.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>  Tue, Mar 8, 2022 at 4:35 PM
To: Steven Roach <tharealaura@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

Diana Lysius

Plaintiff,　　　　　　　　Affirmation of Service

-against-

NYC Law Dept, Philippe Knab, Dolly Ondaan, Carmelyn P. Malalis, Zoey Chenitz

Defendant.　　　21 cv 704 ( )
------------------------------------------------X

I, __Jeff Lysius__, declare under penalty of perjury that I have served a copy of the attached __Summons & Complaint__ upon __Dolly Ondaan__ whose address is: __143-19 Rockaway Blvd Jamaica NY 11436__

Dated: __3/11/22__
, New York

Signature: [signed]

Address: 181 Lenox Rd Apt A4
City, State, Zip Code: Bklyn NY 11226

Sworn to before me this 11th day of March, 2022

[notary signature] · Kings County
01PH6203440 expires 4/6/2025

Affirmation of Service (USDC-EDNY) - January 2003

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Holly Ondaan

was received by me on *(date)* 3/8/22 & 3/9/22

☐ I personally ~~served~~ emailed/mailed the summons on the individual at *(place)* Knouty VixenH82@yahoo 143-19 Rockaway Blvd Jamaica NY 11436 on *(date)* 3/8/22 & 3/9/22; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/11/22

*Server's signature*

Jeff Lysius
*Printed name and title*

181 Lenox Rd Bklyn NY 11226
*Server's address*

Additional information regarding attempted service, etc:

Sworn to before me this 11th day of March, 2022

[notary signature]
reg #01PH6203440
expires 4/6/2025

UNITED STATES POSTAL SERVICE

SPRING CREEK
1310 PENNSYLVANIA AVE STE 1
BROOKLYN, NY 11239-9993
(800)275-8777

03/09/2022                    04:41 PM

Product              Qty   Unit    Price
                           Price

Priority Mail® 1-Day 1              $8.70
 Jamaica, NY 11436
 Weight: 0 lb 2.80 oz
 Expected Delivery Date
   Thu 03/10/2022
 Tracking #:
   9505 5149 8693 2068 3900 51
 Insurance                          $0.00
   Up to $50.00 included

Total                               $8.70

Grand Total:                        $8.70

Cash                               $10.00
Change                             -$1.30

*********************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************

*Holly Ondoan*

 Steven Roach <tharealaura@gmail.com>

## 21-CV-7001
1 message

**Steven Roach** <tharealaura@gmail.com>  Tue, Mar 8, 2022 at 4:31 PM
To: VIXENH32@yahoo.com

PLEASE SEE ATTACHED A SUMMONS AND COMPLAINT IN THE ABOVE REFERENCE CIVIL ACTION 21-CV-7001.

**2 attachments**

 **SUMMONS IN CIVIL ACTION 21-CV-7001.pdf**
820K

 **COMPLAINT 21-CV-7001.pdf**
8684K