UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

Dianna Lysius,

Plaintiff,

-against-

New York City Law Department, Phillippe Knab, Holly Ondaan, Carmelyn P. Malalis, and Zoey Chenitz,

Defendants.

------------------------------------------------------------------- x

No. 21 CV 7001 (DG)(LB)

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and the Declaration of Doris Bernhardt In Support of Defendants' Motion to Dismiss and the exhibits annexed thereto, Defendant New York Law Department, by their attorney, Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will move this Court, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time to be determined, for an order dismissing Plaintiff's Complaint (Docket No. 1) in its entirety and granting such other and further relief as the Court deems just and proper.

Dated: March 29, 2022
New York, New York

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel of the City of New York*
Attorney for Defendant

By: s/Doris Bernhardt__________
Doris Bernhardt
Assistant Corporation Counsel
100 Church Street, 20th Floor
New York, NY 10007
(212) 356-2296
dbernhar@law.nyc.gov