THE CITY OF NEW YORK
LAW DEPARTMENT

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

DORIS F. BERNHARDT
*Senior Counsel*
Affirmative Litigation Division
(212) 356-2296
dbernhar@law.nyc.gov

April 5, 2022

**Via ECF**

Hon. Judge Lois Bloom, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Dianna Lysius v. New York City Law Department, Philippe Knab, Holly Ondaan, Carmelyn P. Malalis, and Zoey Chenitz, 21-cv-7001(DG)(LB)**

Dear Judge Bloom,

I write on behalf of the New York City Law Department ("Department"), a defendant in the above captioned action. Today we received a letter from plaintiff to Your Honor, dated April 4, 2022, requesting a telephone conference with the Court regarding the briefing schedule for the Department's motion to dismiss. [Docket Nos. 8-10.] The Department has no objection to this request, and is prepared to appear at the Court's convenience. With the Court's permission, my colleague Gavin Mackie, whose application for admission in the Eastern District of New York is pending, will appear on behalf of the Department at any such conference (along with myself).

I also note that, though plaintiff's letter indicates that all parties to this action have been served, as the motion to dismiss articulates, it does not appear that any of the individual former New York City employees named as defendants have been served. [*See* Docket No. 10 at 1 n. 1; Docket No. 7.] This office represents only the Department at this time.

Respectfully submitted,

s/Doris F. Bernhardt________
Doris F. Bernhardt

cc: Dianna Lysius
Gavin Mackie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

Dianna Lysius,

Plaintiff,

-against-

New York City Law Department, Phillippe Knab, Holly Ondaan, Carmelyn P. Malalis, and Zoey Chenitz,

Defendants.

------------------------------------------------------------------ x

No. 21 CV 7001 (DG)(LB)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022, I personally caused a copy of the foregoing letter to be served upon plaintiff Dianna Lysius by first class mail and email at the addresses below and via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record and parties who have consented to electronic filing.

Dianna Lysius
1280 Corton Loop, Apt. 13B
Brooklyn, NY 11236
lysiusd@yahoo.com

Dated: April 5, 2022
New York, New York

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel of the City of New York*
Attorney for Defendant

By: s/Doris Bernhardt__________
Doris Bernhardt
Assistant Corporation Counsel
100 Church Street, 20th Floor
New York, NY 10007
(212) 356-2296
dbernhar@law.nyc.gov