April 4, 2022

**FILED**
**in the Clerk's Office**
**U.S. District Court, EDNY**
**April 5, 2022**
**2:53PM**
**Brooklyn Pro Se Office via**
**Box.com**

INDEX#: 21 CV 7001

Dianna Lysius,

Against,

New York City Law Dept., Philippe Knabb, Holly

Ondaan, Carmelyn P. Malalis, & Zoey Chenitz

Re: Conference Call

Dear Judge Lois Bloom

Please accept this letter as my request for a conference call on the matter. The call is to confirm the date which I must reply to the answer filed by New York City Law Department on March 29, 2022.

Please note that all parties have been served and New York City is the only party who has returned an answer and I will reply to the answer. However, the date to reply needs to be confirmed. The Pro Se Clinic directed me to contact your chamber.

Although the other parties may not attend the conference call, it is my duty to ensure that they are put on notice. Mr. Knabb already confirmed that he will answer to no Judge in any court of law and directed me to inform you that he is not liable for what he done while an employee at the Commission on Human Rights and referred me to various case law stating that his employer is liable for his actions.

I thank you in advance.

Regards,

Dianna Lysius

Cc: New York City Law Department, Holly Ondaan, Mr Knabb, Zoey Chenitz,

# 21 cv 7001

From: Dianna Lysius (lysiusd@yahoo.com)

To:     dbernhar@law.nyc.gov; vixenh32@yahoo.com; cplatton@law.nyc.gov; gmackie@law.nyc.gov;
        serviceecf@law.nyc.gov

Date:   Tuesday, April 5, 2022, 04:35 AM PDT

Good Morning

See attached conference call request.

 CONFERENCE CALL 4.5.22.pdf
566.3kB

Lysius v. Commission; Index No. 706969/2021

From: Mackie, Gavin (Law) (gmackie@law.nyc.gov)

To: lysiusd@yahoo.com

Date: Monday, April 26, 2021, 07:54 AM PDT

Ms. Lysius,

I have received reports from the Commission that you have been contacting former Commission employee Mr. Knab in connection with this matter. Mr. Knab no longer works for the Commission and is not a proper party to your Article 78 appeal. To the extent his participation in this appeal of the Commission's decision is required, he should be contacted only through the Law Department. Please refrain from contacting him further – if you feel there is some communication he must receive you should send it to me and I will ensure that it goes to the proper recipients. If you continue to harass Mr. Knab I will have to take this issue to the Court.

Thank you,

**Gavin Mackie**

Assistant Corporation Counsel

Affirmative Litigation Division

New York City Law Department

100 Church Street Rm. 20-26

New York, NY 10007

(212) 356-2272 (office) / (646) 988-6258 (cell)

gmackie@law.nyc.gov

(pronouns: *he/him/his*)



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

JONATHAN JAY PINN
Chief, Operations Division
100 Church Street
NY, NY 10007
jpinn@law.nyc.gov

**MEMORANDUM**

TO:     ALL

FROM:     JONATHAN JAY PINN

DATE:     NOVEMBER 4, 2020

SUBJECT:     MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT
             REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open
ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email
address remains available where the Law Department continues to
temporarily accept service. The email address established for service in this
period is ServiceECF@law.nyc.gov. Please note that service will be
temporarily accepted via this method only for the City of New York and
entities for which the Law Department is authorized to accept service.
**Service of process on individuals should continue to proceed in manner
required by applicable law.**

Law Department website:
www.nyc.gov/law