UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANNA LYSIUS,

                Plaintiff

-against-

NYC LAW DEPT., PHILIPPE KNABB,
HOLLY ONDAAN, CARMELYN P. MALALIS,
and ZOEY CHENITZ,

                Defendants.
------------------------------------------------------------------X

**ORDER**
**21 CV 7001 (DG)(LB)**

**BLOOM, United States Magistrate Judge:**

      Defendant New York City Law Department filed its motion to dismiss on March 29, 2022. ECF No. 8-10. On April 5, 2022, *pro se* plaintiff requested that the Court hold a conference. ECF No. 13. The request is granted. The Court shall hold a telephone conference on May 24, 2022 at 10:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 10:00 a.m. on May 24, 2022. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received by the Court at least seventy-two (72) hours before the scheduled conference.

      Plaintiff shall not send email to my staff. Any communication or request shall be filed on the docket with notice to defendants' counsel.

SO ORDERED.

                                              /S/
                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated:  April 27, 2022
         Brooklyn, New York