UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANNA LYSIUS,

      Plaintiff

  -against-

NYC LAW DEPT., PHILIPPE KNABB,
HOLLY ONDAAN, CARMELYN P. MALALIS,
and ZOEY CHENITZ,

      Defendants.
------------------------------------------------------------------X

**ORDER**
**21 CV 7001 (DG)(LB)**

**BLOOM, United States Magistrate Judge:**

  The Court held a telephone conference in plaintiff's *pro se* civil rights action on May 24, 2022. Plaintiff shall file and serve any amended complaint by July 15, 2022. Any amended complaint must conform to the requirements of Federal Rule of Civil Procedure 8(a) and contain a "short and plain statement" of plaintiff's claims. An amended complaint completely replaces the original complaint and must include all allegations against all defendants that plaintiff wishes to pursue. Defendant's counsel shall write to the Court by July 1, 2022 and state whether counsel will accept service by email on behalf of the City Defendants.

  If plaintiff files an amended complaint by July 15, 2022, the Court will mark defendant NYC Law Department's motion to dismiss, ECF Nos. 8-10, as withdrawn without prejudice. If defendants intend to move to dismiss the plaintiff's amended complaint, the parties shall confer and defendant shall file a letter by July 22, 2022 regarding a proposed briefing schedule for defendant's motion.

SO ORDERED.

          _____/S/_____
          LOIS BLOOM
          United States Magistrate Judge

Dated: May 24, 2022
    Brooklyn, New York