FILED
in the Clerk's Office
U.S. District Court, EDNY
May 27, 2022
2:20AM
Brooklyn Pro Se Office via Box.com

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF NEW YORK

21 – CV – 7001

DIANNA LYSIUS,

Against,

New York City Law Department,

New York City Commission on Human Rights, Holly Ondaan,

Zoey Chenitz, Carmelyn Malalis,

RE: CONFIMRATION OF STATUE OF LIMITATIONS

Dear Judge Lois Bloom,

I write this letter to request information pertaining to the statute of limitations to proceed with the matter in Easter District Court.

The reason I ask the Courts this question is because a person allowed a specified time to file a Civil Rights Action for unconstitutional claims. I want to be sure that I am aware of the deadline as well as informing the Court of the deadline as to why I presented my claims to Eastern District Court while requesting Supreme Court to review the agencies decision in a Special Proceeding (Article 78).

As noted, the Federal Courts only answer Federal questions and enforce the United States Constitution when a person believes his/her rights have been violated.

Thanking you in advance.

Regards,

Dianna Lysius

5/26/22