

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DORIS F. BERNHARDT**
*Assistant Corporation Counsel*
*212.356.2276*
*dbernhar@law.nyc.gov*

July 1, 2022

**Via PACER**
Magistrate Judge Lois Bloom
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: **Dianna Lysius v. New York City Law Department, Philippe Knab, Holly Ondaan, Carmelyn P. Malalis, and Zoey Chenitz; Index No. 21-cv-7001(DG)(LB)**

Dear Magistrate Judge Bloom,

I represent Defendant New York City Law Department in the above captioned matter and I write pursuant to the Court's May 24, 2022 Order, ECF No. 15, to inform Plaintiff and the Court that I can accept service of any amended complaint on behalf of the individual former City employees who were named in the initial complaint. I am authorized only to accept service, and the Law Department does not otherwise represent any of the individual defendants at this time.

Plaintiff should email the Amended Complaint and any exhibits to ServiceECF@law.nyc.gov and cc to me at dbernhar@law.nyc.gov and Gavin Mackie at gmackie@law.nyc.gov.

Sincerely,

_s/Doris F. Bernhardt_____
Doris F. Bernhardt
Gavin Mackie (*admission pending*)

Cc: Dianna Lysius
  1280 Corton Loop, Apt. 13B
  Brooklyn, NY 11236
  lysiusd@yahoo.com