

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DORIS F. BERNHARDT<br>*Assistant Corporation Counsel*<br>*212.356.2276*<br>*dbernhar@law.nyc.gov* |
|---|---|---|

July 22, 2022

**Via PACER**
Magistrate Judge Lois Bloom
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:     **Dianna Lysius v. New York City Law Department, et al.; Index No. 21-cv-7001(DG)(LB)**

Dear Magistrate Judge Bloom,

    I write pursuant to the Court's May 24, 2022 Order, ECF No. 15, to provide a proposed briefing schedule for the Motion to Dismiss. We received Plaintiff's Amended Complaint on July 15, 2022. The Amended Complaint names several additional individuals who are or were employees of the City of New York. We have reached out to these individuals concerning accepting service. On July 19, 2022 my colleague Gavin Mackie proposed a briefing schedule to Plaintiff via email, which Plaintiff rejected. Plaintiff has continued to refuse to negotiate on a briefing schedule.

    We propose the following schedule for a Motion to Dismiss: Defendants' motion due August 16; Plaintiff's Response due September 16; Defendants' reply due September 30. We respectfully request that the Court approve this schedule.

                                Sincerely,

                                s/ Doris F. Bernhardt

                                Doris F. Bernhardt

Cc: Dianna Lysius (*pro se* Plaintiff)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
Dianna Lysius,

                                  Plaintiff,        No. 21 CV 7001 (DG)(LB)

        -against-                      **CERTIFICATE OF SERVICE**

New York City Law Department, et al.

                                Defendants.
-------------------------------------------------------------------- x

        I hereby certify that on July 22, 2022, I caused a copy of the foregoing letter to Magistrate Judge Bloom, dated July 22, 2022 to be served upon the parties via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record and parties who have consented to electronic filing, and to Ms. Dianna Lysius by email at lysiusd@yahoo.com.

Dated:      July 22, 2022                Respectfully submitted,
             New York, New York

                                           HON. SYLVIA O. HINDS-RADIX
                                           *Corporation Counsel of the City of New York*
                                           Attorney for Defendant

                                           By:    s/Doris Bernhardt_____
                                                   Doris Bernhardt
                                                   Assistant Corporation Counsel
                                                   100 Church Street, 20th Floor
                                                   New York, NY 10007
                                                   (212) 356-2296
                                                   dbernhar@law.nyc.gov