UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANNA LYSIUS,

                        Plaintiff

-against-

NYC LAW DEPT., PHILIPPE KNABB,
HOLLY ONDAAN, CARMELYN P. MALALIS,
ZOEY CHENITZ, NERMINA ARNAUD,
SAPNA RAJ, JOHN B SPONNER, CITY OF
NEW YORK, and NEW YORK CITY
COMMISSION ON HUMAN RIGHTS,

                        Defendants.
------------------------------------------------------------------X

**ORDER**
**21 CV 7001 (DG)(LB)**

**BLOOM, United States Magistrate Judge:**

On July 15, 2022, plaintiff filed an Amended Complaint. Therefore, pursuant to the Court's May 24, 2022 Order, ECF No. 14, defendant Law Department's motion to dismiss the initial Complaint, ECF No. 8 – 10, is marked withdrawn without prejudice.

On July 22, 2022, counsel for defendant Law Department wrote to propose a briefing schedule for a motion to dismiss the Amended Complaint. ECF No. 21. On July 25, 2022, Plaintiff wrote to inform the Court she does not accept the schedule. ECF No. 22.

Plaintiff's Amended Complaint names several new defendants. The Office of Corporation Counsel has reached out to the newly named defendants, who are or were employees of the City of New York, regarding service of process. ECF No. 21. Counsel for defendant Law Department shall write to the Court by August 15, 2022 and state whether counsel shall accept service of the amended complaint on behalf of the newly named defendants. Counsel shall also state which defendants have authorized counsel to accept service of the Amended Complaint on their behalf and shall supply the last known addresses of those new defendants who will not authorize service of process on counsel.

1

The Court notes that only the Law Department is formally represented in this matter. Therefore, in the August 15, 2022 letter, counsel shall also state whether the anticipated motion will be made on behalf of all defendants. Counsel shall also propose a revised briefing schedule.[1]

The Law Department shall serve a copy of this Order on plaintiff.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: July 27, 2022
        Brooklyn, New York

---

[1] The Court understands plaintiff's July 25, 2022 letter as her objection to agreeing to a briefing schedule until defendants are served. This is reasonable, however, if plaintiff wishes to have her concerns considered regarding a proposed briefing schedule, she must contact defendant's counsel and discuss the matter. A briefing schedule will be set once best efforts are made to get defendants served.