**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GAVIN B. MACKIE**
*Assistant Corporation Counsel*
*212.356.2272*
*gmackie@law.nyc.gov*

November 18, 2022

**Via PACER**
Magistrate Judge Lois Bloom
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Dianna Lysius v. New York City Law Department et al; Index No. 21-cv-7001(DG)(LB)**

Dear Magistrate Judge Bloom,

I write pursuant to the Court's November 18, 2022 Order, ECF No. 29. By email dated October 14, 2022, I served a copy of the City Defendants' motion to dismiss along with supporting affidavit and exhibits annexed thereto on plaintiff Dianna Lysius. By email dated November 14, 2022, Plaintiff served on me a copy of her Opposition to the City Defendants' Motion to Dismiss, as well as a document styled as a Motion for Injunctive Relief. By email dated November 15, 2022, Plaintiff served an amended copy of her Opposition to the City Defendants' Motion to Dismiss, and indicated that the same had been emailed to this Court at 10:44 P.M. on November 14, 2022. Though Plaintiff's Opposition indicates that multiple documents are attached as exhibits, no such exhibits have been served on this office at this time.

Accordingly, we respectfully request that the Court restore the original briefing schedule for the City Defendants' motion to dismiss. *See* ECF No. 26.

Sincerely,

*Gavin B. Mackie*
Gavin B. Mackie

Cc: Dianna Lysius (*pro se* Plaintiff)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

Dianna Lysius,

Plaintiff,

-against-

New York City Law Department, Philippe Knabb, Holly Ondaan, Carmelyn P. Malalis, Zoey Chenitz, Nermina Arnaud, Sapna Raj, John B. Spooner, City of New York, and New York City Commission on Human Rights,

Defendants.

------------------------------------------------------------------- x

No. 21 CV 7001 (DG)(LB)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I caused a copy of the foregoing letter to Magistrate Judge Bloom, dated November 18, 2022 to be served upon the parties via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record and parties who have consented to electronic filing, and to Ms. Dianna Lysius by email at lysiusd@yahoo.com.

Dated: November 18, 2022
New York, New York

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX

*Corporation Counsel of the City of New York*
Attorney for Defendant

By: *Gavin B. Mackie*
Gavin B. Mackie
Assistant Corporation Counsel
100 Church Street, 20th Floor
New York, NY 10007
(212) 356-2272
gmackie@law.nyc.gov