```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DIANNA LYSIUS,
                                                                    ORDER
                    Plaintiff                              21 CV 7001 (DG)(LB)
    -against-

NYC LAW DEPT., PHILIPPE KNABB,
HOLLY ONDAAN, CARMELYN P. MALALIS,
ZOEY CHENITZ, NERMINA ARNAUD,
SAPNA RAJ, JOHN B SPONNER, CITY OF
NEW YORK, and NEW YORK CITY
COMMISSION ON HUMAN RIGHTS,

                    Defendants.
----------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

The Court has received plaintiff's opposition to defendants' motion to dismiss and no further filing by plaintiff is necessary. ECF No. 31. Therefore, the Court reinstates the initial briefing schedule. Defendants' reply, if any, shall be filed by November 30, 2022.

SO ORDERED.

                                                        /S/
                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 22, 2022
       Brooklyn, New York