June 22, 2023
21 – CV – 7001
Dianna Lysius
Vs
City of New York, NYC Law Dept,
Philippe Knabb, Holly Ondaan, Zoey Chenitz, Carmelyn Malalis, Sapna Raj, John B Spooner, Nermina Arnaud,

Re: Extension of Time to respond to Report & Recommendation Issued June 12, 2023

Please accept this letter as a request for an extension of time to respond to the Report & Recommendation issued on June 12, 2023, due to my current medical condition. On June 3, 2023, I visited my Dr. because of continuous chest pains and shortness of breath. After an EKG was conducted, I was diagnosed with myocardial infarction and sent for further testing with a Cardiologist. Such a diagnosis is directly associated with a person(s) who suffers from mild unannounced heart attacks. Please respect and allow me the maximum time (4 months) allowed to take care of my health. I am 47 years old and have been dealing with this frivolous matter for the last 7 years, and as a result my health both mentally and physically has continued to deteriorate resulting shortness of breath and my heart muscles not receiving enough oxygen, which decreases blood flow to my heart.

Should you require confirmation in support of your current medical condition, please do not hesitate to make that request, I am willing to share my EKG and Cardiologist Reports but would want this information to be made private and unavailable to the public.

Thank you in advance,

Regards
Dianna Lysius

Cc; Diane Gujarati, Margo K. Brodie,

FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jun 23, 2023, 4:53 PM
Pro Se Office via Box.com