**From:** Dianna Lysius <lysiusd@yahoo.com>
**Sent:** Friday, September 8, 2023 4:22 AM
**To:** NYED_Brodie Chambers
**Cc:** gilbert_rein@nyed.uscourts.gov; Mackie Gavin (Law); Bernhardt Doris (Law)
**Subject:** Re: THE NEXT KHALID BROWDER

**CAUTION - EXTERNAL:**

Up watching this documentary again which gives me the strength Khalif Browder did. Police and all see what is done is wrong I just keep exposing corruption. Lois failed to issue the RR until the time she needed and I have every conversation with Lois recorded and saved to include when I purposely asked her about statue of limitations. Lois was abrupt nasty rude disgusting and responded don't ask me for advice very grouchy. These are all the things that I want the world to hear I'my documentary after im w. Lois so malicious she sent me to the clinic for help with knowledge she was stopping me. I speak to them the women lies precisely about what is the next step. Then post post meeting with me until 3 days before the docs are due in court only to have a pro bono person speak with me to remove herself. I recorded everything. All the corrupt filth that you all do to black ppl I have and I'm going to DIE before I let any WHITE PROPLE SACRIFICE ME FOR THE BULLSHIT THEY DID. I promise you my documentary will be me speaking now about what I'm going through. I made several videos of me speaking about each and every judicial juncture so when I'm Dead the world filled with legal professions too will see the level of maliciousness the amount of civil rights violations I endured and above all at the federal level. WHATEVER YALL PLANNING KEEP PLANNING. Lois said dismiss without prejudice go back to stste court WELP SHE PURPOSELY MESS THAT UP and I knew Lois was doing that so I kept emailing calling and recording every conversation when calling any and all Judges chambers about the RR that Lois held but her RR says dont intervene. Why if US DISTRICT COURT dont intervene im committing suicide in my Tshirt with the picture of the 3 Judges who are aware. Im not going to appeals court because im innocent and you all know it. THE WORLD IS GOING TO SEE ME IN THESE VIDEOD COMPARING THE DATE AND TIME OF THE TEXT TO MY. CELL PHONE RECORDS. THE KEY EVIDENCE THAT WAS IDENTIFIED DURING OATH TRIAL TO THE CORRUPTION WITH THE ATTORNEY I HIRED ALL THE WAY TO JUDGE GUJARATI WHO IS AWARE OF MY INNOCENCE AND LOIS MALICIOUS ISSUING THE RR LATE CITING GO BACK TO STATE COURT KNOWING ITS NO WAY. YOU GUYS TRIED IT ALL
READY TO DIE SIMPLE AND EASY 4 FENTALYN PILLS 2 SLEEPING PILLS SOAKED IM WATER. ADD LEMON HONEY DRINK IT AND GO BACK TO SLEEP. PEACEFUL DEATH.

IM NOY GOING TO APPEALS COURT IM COMMITTING SUICIDE IF MY MOTION IS NOT GRANTED. THE ELEMENTS ARE. VISIBLE.

HURRY.
Sent from Yahoo Mail for iPhone

On Wednesday, September 6, 2023, 2:57 AM, Dianna Lysius <lysiusd@yahoo.com> wrote:

> Corporate counsel worked for 2nd judicial so she stopped my record being certified and im not going back and forth about shit
> NO INJUNCTIVE RELIEF IM DEAS SAME DAY YOU CAN EXPLAIN TO YOUR KIDS HUSBAND GRANDKIDS JUDGE GUJARATI HOW YOU FAILED AN INNOCENT person

Sent from Yahoo Mail for iPhone

On Wednesday, September 6, 2023, 2:54 AM, Dianna Lysius <lysiusd@yahoo.com> wrote:

> Im up watching Khalif Browder story. I watch this at least 11 times in the last 8 days preparing myself as I patiently wait for your decision. I already designed the tshirt with all of your faces on it.
>
> MACKIE you stated i failed to perfect my state case that's a whole FUCKING lie BITCH the place my brief and all documents were submitted. Corporate counsel for NYC LAW DEPT previously work for 2nd judicial dept and continuously denied my motion and request to certify the records so the clowm Lois waited until
> jume 2023 to send me back to state court im her recommendation knowing that can't happen because you all worked to damage my case. For the records CCHR did mot have jurisdiction to file the complaint initially because only tenants with active leases and the state housing judge confirmed Holly destroyed her lease October 1st, as well my phone records confirmed the truth.
>
> These actions ALOME warrant injunctive relief. Lying to Columbia university.
>
> IM. WAITING FOF YOU JUDGE GUJARATI I HAVE NOTHING ELSE TO SAY ALL MY MOTION FROM THE BEGINNING WAS DENIED TO DESTROY MY CASE. SO YOU GOT MY DEATH DATE PENDING SO PLEASE HURRY SO I CAN SHOW YOU THE IRREPARABLE HARM YOU CAUSED NY DENYING MY MOTION WITH KNOWLEDGE AND I DONT GIVE A FUCK ABOUT APPEALS COURT I REALLY DONT CARE. BECAUSE IM NOT FIGHTING FOR MY LIFE NO MORE IM KILLING MYSELF. SEND POLICE THAT CANT DP SHIT ABOUT IT SHIT YOU WILL BE KNOWN BY THE WORLD FOR YOUR ACTIONS. ANYHOW LET ME WATCH THIS DOCUMENTARY AGAIN IT HELPS ME KNOW THAT I HAVE TO BE DEAD TO EXPOSE THIS SHIT THAT MY PHONE RECORDS CONFIRMED MY INNOCENT WHEREAS KHALIF WAS THROWN AROUND IN THE SYSTEM. YOU CAN STOP NOTHINH
>
> Sent from Yahoo Mail for iPhone
>
> On Friday, September 1, 2023, 6:07 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:
>
>> You still send police to my house to do what? The facts still remains WE ALL WAITING FOR THE DECISION. IM NOT ACCEPTING NOTHINGLESS.
>>
>> Sent from Yahoo Mail for iPhone
>>
>> On Friday, September 1, 2023, 1:21 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:
>>
>>> I see why people get upset and just wake up and choose to run groups of people over with their car, i see why the shooter killed all those people on the N/R train, i see why bin Laden hit the world trade, and I definitely

see why IM GOING TO MAKE US MARSHALLS OR POLICE KILL ME, and I hope Diane gujarati SEES WHY I KILLED MYSELF WHEN SHE WRITING THAT DECISION. I LIVE ON THE 13TH FLOOR I DARE GET IN MY APARTMENT BEFORE IM DEAD AND IF THEY GET IN IM GOING TO MAKE THEM KILL ME AND EVERYONE INSIDE.

JUDGE GUJARATI I DARE YOU I SWEAR IM BEGGING YOU TO TRY ME SO SHOW YOU ALL. Patiently waiting to end all this bullshit. White prople really FUCKIng weird to think I'm going to wake up daily with the bullshit EVERYONE OF YOU ARE FUCKING NUTS TP THINK SO BUT I DARE POLICE MARSHALLS OR EMA ARRIVE TODAY SO WE CAN HAVE NEWS REPORTERS THERE TODAY.

Thanks for the update of my death date.

Sent from Yahoo Mail for iPhone

On Friday, September 1, 2023, 12:46 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:

> good day
>
> This message is delivered directly to you Judgw Brodie Im done playing all the games I DARE JUDGE DIANE GUJARATI to SEND ME TO KILL MYSELF. THE DAY SHE ISSUE THAT DECISION NOT IN MY FAVOR IM TELLING YOU IM KILLING MYSELF. DONT SEND NO POLICE EMS MARSHALLS ANYONE TO
> MY HOUSE ABOUT THE BULLSHIT.
> BECAUSE IM GOING TO MAKE THEM KILL ME IF IM NOT DEAD ALREADY.
>
> IM TIRED OF YALL CORRUPT FUCKING CITY ANS BULLSHIT TOWARDS PEOPLES AND IM
> NOT TAKING NOT ONE MORE FUCKING DAY OF ABUSE SO DO YOUR BEST BE READY JUST AS I AM NOT ACCEPTING NOTHING BUT JUSTICE OR MY DEATH.
>
> Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Dianna Lysius <lysiusd@yahoo.com>
**Sent:** Wednesday, September 6, 2023 2:58 AM
**To:** NYED_Brodie Chambers <[redacted]>
**Cc:** gilbert_rein@nyed.uscourts.gov; Mackie Gavin (Law) <gmackie@law.nyc.gov>; Bernhardt Doris (Law) <dbernhar@law.nyc.gov>
**Subject:** Re: THE NEXT KHALID BROWDER

**CAUTION - EXTERNAL:**

Corporate counsel worked for 2nd judicial so she stopped my record being certified and im not going back and forth about shit
NO INJUNCTIVE RELIEF IM DEAS SAME DAY YOU CAN EXPLAIN TO YOUR KIDS HUSBAND GRANDKIDS JUDGE GUJARATI HOW YOU FAILED AN INNOCENT person

2:35



Welcome to the Law Department's Website. I am honored to serve as New York City's 81st Corporation Counsel. I have spent my entire legal career as a public servant, fighting for the rights of the underserved and ensuring that the rule of law was implemented with justice and fairness. My commitment to those values is strengthened by my life experience and heritage. I am proud to be the first African American/Caribbean female to hold the position of Corporation Counsel.

In my former roles as an Associate Justice of the NYS Appellate Division, Second Department and as a Justice of the NYS Supreme Court, I have seen nothing but excellence and professionalism from the dedicated Law Department staff who appeared before me. The office's attorneys and support professionals work vigorously to protect the interests of the City and of New Yorkers. They do so while recognizing that opposing parties are also citizens who should be treated with respect and whose claims should be evaluated fairly.

The Law Department handles many novel, complex legal issues. We represent the City, the Mayor and the City Council, as well as the numerous City agencies and employees in all affirmative and defensive civil litigation, in juvenile prosecutions in the City's Family Courts,

nyc.gov

Sent from Yahoo Mail for iPhone

On Wednesday, September 6, 2023, 2:54 AM, Dianna Lysius <lysiusd@yahoo.com> wrote:

Im up watching Khalif Browder story. I watch this at least 11 times in the last 8 days preparing myself as I patiently wait for your decision. I already designed the tshirt with all of your faces on it.

MACKIE you stated i failed to perfect my state case that's a whole FUCKING lie BITCH the place my brief and all documents were submitted. Corporate counsel for NYC LAW DEPT previously work for 2nd judicial dept and continuously denied my motion and request to certify the records so the clowm Lois waited until
jume 2023 to send me back to state court im her recommendation knowing that can't happen because you all worked to damage my case. For the records CCHR did mot have jurisdiction to file the complaint initially because only tenants with active leases and the state housing judge confirmed Holly destroyed her lease October 1st, as well my phone records confirmed the truth.

These actions ALOME warrant injunctive relief. Lying to Columbia university.

IM. WAITING FOF YOU JUDGE GUJARATI I HAVE NOTHING ELSE TO SAY ALL MY MOTION FROM THE BEGINNING WAS DENIED TO DESTROY MY CASE. SO YOU GOT MY DEATH DATE PENDING SO PLEASE HURRY SO I CAN SHOW YOU THE IRREPARABLE HARM YOU CAUSED NY DENYING MY MOTION WITH KNOWLEDGE AND I DONT GIVE A FUCK ABOUT APPEALS COURT I REALLY DONT CARE. BECAUSE IM NOT FIGHTING FOR MY LIFE NO MORE IM KILLING MYSELF. SEND POLICE THAT CANT DP SHIT ABOUT IT SHIT YOU WILL BE KNOWN BY THE WORLD FOR YOUR ACTIONS. ANYHOW LET ME WATCH THIS DOCUMENTARY AGAIN IT HELPS ME KNOW THAT I HAVE TO BE DEAD TO EXPOSE THIS SHIT THAT MY PHONE RECORDS CONFIRMED MY INNOCENT WHEREAS KHALIF WAS THROWN AROUND IN THE SYSTEM. YOU CAN STOP NOTHINH

Sent from Yahoo Mail for iPhone

On Friday, September 1, 2023, 6:07 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:

You still send police to my house to do what? The facts still remains WE ALL WAITING FOR THE DECISION. IM NOT ACCEPTING NOTHINGLESS.

Sent from Yahoo Mail for iPhone

On Friday, September 1, 2023, 1:21 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:

I see why people get upset and just wake up and choose to run groups of people over with their car, i see why the shooter killed all those people on the N/R train, i see why bin Laden hit the world trade, and I definitely see why IM GOING TO MAKE US MARSHALLS OR POLICE KILL ME, and I hope Diane gujarati SEES WHY I KILLED MYSELF WHEN SHE WRITING THAT DECISION. I LIVE ON THE 13TH FLOOR I DARE GET IN MY

APARTMENT BEFORE IM DEAD AND IF THEY GET IN IM GOING TO MAKE THEM KILL ME AND EVERYONE INSIDE.

JUDGE GUJARATI I DARE YOU I SWEAR IM BEGGING YOU TO TRY ME SO SHOW YOU ALL. Patiently waiting to end all this bullshit. White prople really FUCKIng weird to think I'm going to wake up daily with the bullshit EVERYONE OF YOU ARE FUCKING NUTS TP THINK SO BUT I DARE POLICE MARSHALLS OR EMA ARRIVE TODAY SO WE CAN HAVE NEWS REPORTERS THERE TODAY.

Thanks for the update of my death date.

Sent from Yahoo Mail for iPhone

On Friday, September 1, 2023, 12:46 PM, Dianna Lysius <lysiusd@yahoo.com> wrote:

> good day
>
> This message is delivered directly to you Judgw Brodie
> Im done playing all the games I DARE JUDGE DIANE GUJARATI to SEND ME TO KILL MYSELF. THE DAY SHE ISSUE THAT DECISION NOT IN MY FAVOR IM TELLING YOU IM KILLING MYSELF. DONT SEND NO POLICE EMS MARSHALLS ANYONE TO
> MY HOUSE ABOUT THE BULLSHIT. BECAUSE IM GOING TO MAKE THEM KILL ME IF IM NOT DEAD ALREADY.
>
> IM TIRED OF YALL CORRUPT FUCKING CITY ANS BULLSHIT TOWARDS PEOPLES AND IM
> NOT TAKING NOT ONE MORE FUCKING DAY OF ABUSE SO DO YOUR BEST BE READY JUST AS I AM NOT ACCEPTING NOTHING BUT JUSTICE OR MY DEATH.
>
> Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.